

**AKERMAN LLP**
Ellen S. Robbins (State Bar No. 298044)
ellen.robbins@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant
HELZBERG'S DIAMOND SHOPS, LLC

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM OWENS, individually and on behalf of all others similarly situated | Case No. 2:25-cv-03853-MEMF-BFM |
| Plaintiffs, | Hon. Maame Ewusi-Mensah Frimpong |
| v. | **ANSWER TO COMPLAINT** |
| HELZBERG'S DIAMOND SHOPS, LLC, | |
| Defendants. | |

Defendant Helzberg's Diamond Shops, LLC ("Defendant" or "Helzberg's"), by and through its undersigned counsel, responds to the Complaint filed by Plaintiff Kim Owens ("Plaintiff") as follows:

## I.    Introduction

1.    Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 1, and therefore denies those allegations.

2.    Paragraph 2 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 2.

3.    Paragraph 3 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

the allegations in Paragraph 3.

4.      Paragraph 4 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 4.

5.      Paragraph 5 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 5.

6.      Paragraph 6 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 6.

7.      Paragraph 7 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 7.

8.      Defendant admits the allegations in Paragraph 8.

9.      Defendant admits that it offers time-limited discounts through its website, and that Paragraph 9 reproduces certain previous advertisements from its website. Defendant denies the allegations in Paragraph 9 in all other respects.

10.     Defendant denies the allegations in Paragraph 10.

11.     Paragraph 11 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that Plaintiff purchased a discounted product from its website. Defendant otherwise lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 11, and therefore denies those allegations.

12.     Defendant denies the allegations in Paragraph 12.

13.     Paragraph 13 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 13.

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1    **II.    Parties**

2    14.    Defendant lacks sufficient information or knowledge to admit or deny the

3    allegations in Paragraph 14, and therefore denies those allegations.

4    15.    Paragraph 15 contains legal conclusions, arguments, and characterizations

5    to which no response is required. To the extent a response is required, Defendant denies

6    the allegations in Paragraph 15.

7    16.    Defendant admits the allegations in Paragraph 16.

8    **III.    Jurisdiction and Venue.**

9    17.    Paragraph 17 contains legal conclusions, arguments, and characterizations

10    to which no response is required. To the extent a response is required, Defendant denies

11    the allegations in Paragraph 17.

12    18.    Paragraph 18 contains legal conclusions, arguments, and characterizations

13    to which no response is required. To the extent a response is required, Defendant denies

14    the allegations in Paragraph 18.

15    19.    Paragraph 19 contains legal conclusions, arguments, and characterizations

16    to which no response is required. To the extent a response is required, Defendant denies

17    the allegations in Paragraph 19.

18    **IV.    Facts.**

19    **A.    Defendant's fake sales and discounts.**

20    20.    Defendant admits the allegations in Paragraph 20.

21    21.    Defendant admits that it markets diamond and engagement jewelry, and

22    that many of its products exceed the value of $300. Defendant denies the allegations in

23    Paragraph 21 in all other respects.

24    22.    Defendant admits that it sometimes advertises discounts on its products'

25    sales prices, including those that exceed $300. Defendant denies the allegations in

26    Paragraph 22 in all other respects.

27    23.    Paragraph 23 contains legal conclusions, arguments, and characterizations

28    to which no response is required. To the extent a response is required, Defendant admits

**ANSWER TO COMPLAINT**

that Paragraph 23 reproduces several screenshots of previous advertisements that were posted on its website. Defendant denies the allegations in Paragraph 23 in all other respects.

24. Paragraph 24 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that its advertisements run for a limited time, but denies the allegations in Paragraph 24 in all other respects.

25. Defendant admits that Paragraph 25 reproduces a screenshot of a previous advertisement from Defendant's website. Defendant denies the allegations in Paragraph 25 in all other respects.

26. Defendant admits that Paragraph 26 reproduces a screenshot of a previous advertisement from Defendant's website. Defendant denies the allegations in Paragraph 26 in all other respects.

27. Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 27, and therefore denies those allegations.

28. Paragraph 28 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 28.

29. Defendant denies the allegations in Paragraph 29.

30. Defendant admits that Paragraph 30 reproduces a screenshot of its website, and that it offered a sale for the pictured good. Defendant also admits that it indicates discounts on its website by striking through the original price, and that some discounts apply automatically, while others require use of a coupon code. Defendant denies the allegations in Paragraph 30 in all other respects.

31. Defendant denies the allegations in Paragraph 31.

32. Paragraph 32 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 32.

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

33.    Paragraph 33 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 33.

34.    Paragraph 34 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 34.

**B.    Defendant's advertisements are unfair, deceptive, and unlawful.**

35.    Paragraph 35 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 35.

36.    Paragraph 36 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 36.

37.    Paragraph 37 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 37.

38.    Paragraph 38 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 38.

39.    Paragraph 39 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 39.

40.    Paragraph 40 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 40.

**C.    Defendant's advertisements harm consumers.**

41.    Paragraph 41 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

that when a sale or discount is ongoing, it may list its products' regular prices in strike-through font to indicate the sale. Defendant denies the allegations in Paragraph 41 in all other respects.

42.  Paragraph 42 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 42.

43.  Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 43, and therefore denies those allegations.

44.  Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 44, and therefore denies those allegations.

45.  Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 45, and therefore denies those allegations.

46.  Paragraph 46 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 46.

**D.   Plaintiff was misled by Defendant's misrepresentations.**

47.  Defendant lacks sufficient information or knowledge to admit or deny Plaintiff's home address at the time of purchase, and therefore denies that allegation. Defendant admits the remaining allegations in Paragraph 47.

48.  Defendant lacks sufficient information or knowledge to admit or deny the allegations in Paragraph 48, and therefore denies those allegations.

49.  Paragraph 49 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 49.

50.  Defendant denies the allegations in Paragraph 50.

51.  Paragraph 51 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 51.

**ANSWER TO COMPLAINT**

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**E.    Defendant breached its contract with and warranties to Ms. Owens and the putative class.**

52.    Paragraph 52 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 52.

53.    Paragraph 53 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 53.

54.    Paragraph 54 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 54.

55.    Paragraph 55 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that Plaintiff paid for the product, but denies the allegations in Paragraph 55 in all other respects.

56.    Paragraph 56 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 56.

**F.    No adequate remedy at law.**

57.    Paragraph 57 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 57.

58.    Paragraph 58 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 58.

59.    Paragraph 59 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 59.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

60.      Paragraph 60 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 60.

61.      Paragraph 61 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 61.

**V.      Class Action Allegations.**

62.      Paragraph 62 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 62.

63.      Paragraph 63 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 63.

*Numerosity & Ascertainability*

64.      Paragraph 64 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 64.

65.      Paragraph 65 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 65.

*Predominance of Common Questions*

66.      Paragraph 66 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 66.

*Typicality & Adequacy*

67.      Paragraph 67 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 67.

**ANSWER TO COMPLAINT**

*Superiority*

68.    Paragraph 68 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 68.

**VI.    Claims.**

**<u>First Cause of Action</u>:**

**Violation of California's False Advertising Law Bus. & Prof. Code §§ 17500 & 17501 et seq.**

69.    Defendant incorporates its responses to the above allegations as if set forth fully herein.

70.    Paragraph 70 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 70.

71.    Paragraph 71 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 71.

72.    Paragraph 72 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 72.

73.    Paragraph 73 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that it advertises discounted items on its website, including by striking through the original price, but denies the allegations in Paragraph 73 in all other respects.

74.    Paragraph 74 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 74.

75.    Paragraph 75 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1  the allegations in Paragraph 75.

2      76.    Paragraph 76 contains legal conclusions, arguments, and characterizations

3  to which no response is required. To the extent a response is required, Defendant denies

4  the allegations in Paragraph 76.

5      77.    Paragraph 77 contains legal conclusions, arguments, and characterizations

6  to which no response is required. To the extent a response is required, Defendant denies

7  the allegations in Paragraph 77.

8      78.    Paragraph 78 contains legal conclusions, arguments, and characterizations

9  to which no response is required. To the extent a response is required, Defendant denies

10  the allegations in Paragraph 78.

11      79.    Paragraph 79 contains legal conclusions, arguments, and characterizations

12  to which no response is required. To the extent a response is required, Defendant denies

13  the allegations in Paragraph 79.

14      80.    Paragraph 80 contains legal conclusions, arguments, and characterizations

15  to which no response is required. To the extent a response is required, Defendant denies

16  the allegations in Paragraph 80.

17  ### <u>Second Cause of Action</u>:

18  ### Violation of California's Consumer Legal Remedies Act

19      81.    Defendant incorporates its responses to the above allegations as if set forth

20  fully herein.

21      82.    Paragraph 82 contains legal conclusions, arguments, and characterizations

22  to which no response is required. To the extent a response is required, Defendant denies

23  the allegations in Paragraph 82.

24      83.    Paragraph 83 contains legal conclusions, arguments, and characterizations

25  to which no response is required. To the extent a response is required, Defendant denies

26  the allegations in Paragraph 83.

27      84.    Paragraph 84 contains legal conclusions, arguments, and characterizations

28  to which no response is required. To the extent a response is required, Defendant denies

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1    the allegations in Paragraph 84.

2        85.    Paragraph 85 contains legal conclusions, arguments, and characterizations

3    to which no response is required. To the extent a response is required, Defendant denies

4    the allegations in Paragraph 85.

5        86.    Paragraph 86 contains legal conclusions, arguments, and characterizations

6    to which no response is required. To the extent a response is required, Defendant denies

7    the allegations in Paragraph 86.

8        87.    Paragraph 87 contains legal conclusions, arguments, and characterizations

9    to which no response is required. To the extent a response is required, Defendant denies

10    the allegations in Paragraph 87.

11        88.    Paragraph 88 contains legal conclusions, arguments, and characterizations

12    to which no response is required. To the extent a response is required, Defendant denies

13    the allegations in Paragraph 88.

14        89.    Paragraph 89 contains legal conclusions, arguments, and characterizations

15    to which no response is required. To the extent a response is required, Defendant denies

16    the allegations in Paragraph 89.

17        90.    Paragraph 90 contains legal conclusions, arguments, and characterizations

18    to which no response is required. To the extent a response is required, Defendant denies

19    the allegations in Paragraph 90.

20        91.    Paragraph 91 contains legal conclusions, arguments, and characterizations

21    to which no response is required. To the extent a response is required, Defendant denies

22    the allegations in Paragraph 91.

23        92.    Paragraph 92 contains legal conclusions, arguments, and characterizations

24    to which no response is required. To the extent a response is required, Defendant denies

25    the allegations in Paragraph 92.

26        93.    Paragraph 93 contains legal conclusions, arguments, and characterizations

27    to which no response is required. To the extent a response is required, Defendant denies

28    the allegations in Paragraph 93.

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

94.     Paragraph 94 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 94.

95.     Paragraph 95 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 95.

96.     Paragraph 96 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 96.

97.     Paragraph 97 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that it received a CLRA demand letter from Plaintiff, and denies the allegations in Paragraph 97 in all other respects.

98.     Paragraph 98 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant admits that the Complaint purports to attach a CLRA declaration.

### **Third Cause of Action:**

### **Violation of California's Unfair Competition Law**

99.     Defendant incorporates its responses to the above allegations as if set forth fully herein.

100.     Paragraph 100 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 100.

101.     Paragraph 101 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 101.

### *The Unlawful Prong*

102.     Paragraph 102 contains legal conclusions, arguments, and

**ANSWER TO COMPLAINT**

1    characterizations to which no response is required. To the extent a response is required,

2    Defendant denies the allegations in Paragraph 102.

3    ***The Deceptive Prong***

4    103.    Paragraph    103    contains    legal    conclusions,    arguments,    and

5    characterizations to which no response is required. To the extent a response is required,

6    Defendant denies the allegations in Paragraph 103.

7    104.    Paragraph    104    contains    legal    conclusions,    arguments,    and

8    characterizations to which no response is required. To the extent a response is required,

9    Defendant denies the allegations in Paragraph 104.

10    105.    Paragraph    105    contains    legal    conclusions,    arguments,    and

11    characterizations to which no response is required. To the extent a response is required,

12    Defendant denies the allegations in Paragraph 105.

13    ***The Unfair Prong***

14    106.    Paragraph    106    contains    legal    conclusions,    arguments,    and

15    characterizations to which no response is required. To the extent a response is required,

16    Defendant denies the allegations in Paragraph 106.

17    107.    Paragraph    107    contains    legal    conclusions,    arguments,    and

18    characterizations to which no response is required. To the extent a response is required,

19    Defendant denies the allegations in Paragraph 107.

20    108.    Paragraph    108    contains    legal    conclusions,    arguments,    and

21    characterizations to which no response is required. To the extent a response is required,

22    Defendant denies the allegations in Paragraph 108.

23    109.    Paragraph    109    contains    legal    conclusions,    arguments,    and

24    characterizations to which no response is required. To the extent a response is required,

25    Defendant denies the allegations in Paragraph 109.

26    110.    Paragraph    110    contains    legal    conclusions,    arguments,    and

27    characterizations to which no response is required. To the extent a response is required,

28    Defendant denies the allegations in Paragraph 110.

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX (213) 627-6342

*          *          *

111. Paragraph 111 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 111.

112. Paragraph 112 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 112.

113. Paragraph 113 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 113.

114. Paragraph 114 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 114.

115. Paragraph 115 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 115.

## Fourth Cause of Action:

## Breach of Contract

116. Defendant incorporates its responses to the above allegations as if set forth fully herein.

117. Paragraph 117 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 117.

118. Paragraph 118 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 118.

119. Paragraph 119 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required,

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1   Defendant denies the allegations in Paragraph 119.

2       120.   Paragraph   120   contains   legal   conclusions,   arguments,   and
3   characterizations to which no response is required. To the extent a response is required,
4   Defendant denies the allegations in Paragraph 120.

5       121.   Paragraph   121   contains   legal   conclusions,   arguments,   and
6   characterizations to which no response is required. To the extent a response is required,
7   Defendant denies the allegations in Paragraph 121.

8       122.   Paragraph   122   contains   legal   conclusions,   arguments,   and
9   characterizations to which no response is required. To the extent a response is required,
10  Defendant denies the allegations in Paragraph 122.

11      123.   Paragraph   123   contains   legal   conclusions,   arguments,   and
12  characterizations to which no response is required. To the extent a response is required,
13  Defendant denies the allegations in Paragraph 123.

14      124.   Paragraph   124   contains   legal   conclusions,   arguments,   and
15  characterizations to which no response is required. To the extent a response is required,
16  Defendant denies the allegations in Paragraph 124.

17      125.   Paragraph   125   contains   legal   conclusions,   arguments,   and
18  characterizations to which no response is required. To the extent a response is required,
19  Defendant denies the allegations in Paragraph 125.

20                          **Fifth Cause of Action:**

21                      **Breach of Express Warranty**

22      126.   Defendant incorporates its responses to the above allegations as if set forth
23  fully herein.

24      127.   Paragraph   127   contains   legal   conclusions,   arguments,   and
25  characterizations to which no response is required. To the extent a response is required,
26  Defendant denies the allegations in Paragraph 127.

27      128.   Paragraph   128   contains   legal   conclusions,   arguments,   and
28  characterizations to which no response is required. To the extent a response is required,

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

**ANSWER TO COMPLAINT**

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1  Defendant denies the allegations in Paragraph 128.

2      129.  Paragraph 129 contains legal conclusions, arguments, and
3  characterizations to which no response is required. To the extent a response is required,
4  Defendant denies the allegations in Paragraph 129.

5      130.  Paragraph 130 contains legal conclusions, arguments, and
6  characterizations to which no response is required. To the extent a response is required,
7  Defendant denies the allegations in Paragraph 130.

8      131.  Paragraph 131 contains legal conclusions, arguments, and
9  characterizations to which no response is required. To the extent a response is required,
10  Defendant admits that it received a letter from Plaintiff dated April 9, 2025, and denies
11  the allegations in Paragraph 131 in all other respects.

12     132.  Paragraph 132 contains legal conclusions, arguments, and
13  characterizations to which no response is required. To the extent a response is required,
14  Defendant denies the allegations in Paragraph 132.

15     133.  Paragraph 133 contains legal conclusions, arguments, and
16  characterizations to which no response is required. To the extent a response is required,
17  Defendant denies the allegations in Paragraph 133.

18                   **Sixth Cause of Action:**

19               **Quasi-Contract/Unjust Enrichment**

20     134.  Defendant incorporates its responses to the above allegations as if set forth
21  fully herein.

22     135.  Paragraph 135 contains legal conclusions, arguments, and
23  characterizations to which no response is required. To the extent a response is required,
24  Defendant denies the allegations in Paragraph 135.

25     136.  Paragraph 136 contains legal conclusions, arguments, and
26  characterizations to which no response is required. To the extent a response is required,
27  Defendant denies the allegations in Paragraph 136.

28     137.  Paragraph 137 contains legal conclusions, arguments, and

characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 137.

138. Paragraph 138 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 138.

139. Paragraph 139 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 139.

140. Paragraph 140 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 140.

## Seventh Cause of Action:

## Negligent Misrepresentation

141. Defendant incorporates its responses to the above allegations as if set forth fully herein.

142. Paragraph 142 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 142.

143. Paragraph 143 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 143.

144. Defendant denies the allegations in Paragraph 144.

145. Paragraph 145 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 145.

146. Paragraph 146 contains legal conclusions, arguments, and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 146.

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

147.    Paragraph    147    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 147.

148.    Paragraph    148    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 148.

149.    Paragraph    149    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 149.

150.    Paragraph    150    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 150.

## Eighth Cause of Action:

### Intentional Misrepresentation

151.    Defendant incorporates its responses to the above allegations as if set forth fully herein.

152.    Paragraph    152    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 152.

153.    Defendant denies the allegations in Paragraph 153.

154.    Defendant denies the allegations in Paragraph 154.

155.    Paragraph    155    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 155.

156.    Paragraph    156    contains    legal    conclusions,    arguments,    and characterizations to which no response is required. To the extent a response is required, Defendant denies the allegations in Paragraph 156.

157.    Paragraph    157    contains    legal    conclusions,    arguments,    and

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

1 | characterizations to which no response is required. To the extent a response is required,

2 | Defendant denies the allegations in Paragraph 157.

3 |     158. Paragraph 158 contains legal conclusions, arguments, and

4 | characterizations to which no response is required. To the extent a response is required,

5 | Defendant denies the allegations in Paragraph 158.

6 |     159. Paragraph 159 contains legal conclusions, arguments, and

7 | characterizations to which no response is required. To the extent a response is required,

8 | Defendant denies the allegations in Paragraph 159.

9 |     160. Paragraph 160 contains legal conclusions, arguments, and

10 | characterizations to which no response is required. To the extent a response is required,

11 | Defendant denies the allegations in Paragraph 160.

**VII.  Relief.**

    161. Defendant admits that Paragraph 161 sets forth the relief that Plaintiff seeks in this case. Defendant denies the contents of Paragraph 161 in all other respects, and further denies that Plaintiff or any member of the proposed Class or Subclass is entitled to any relief whatsoever.

### Demand for Jury Trial

    162. Plaintiff has demanded a jury trial. No response by Defendant is necessary.

### HELZBERG'S AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses, Defendant states as follows:

### FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint, and each and every claim for relief against Defendant, fails to state a claim upon which relief may be granted, failing to entitle Plaintiff (or any putative class member) to the relief sought or any relief whatsoever against Defendant.

### SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Plaintiff is barred from bringing the causes of action, because the statute of

AKERMAN LLP
633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

limitations period has expired and the claims are untimely.

## THIRD AFFIRMATIVE DEFENSE

### (Legitimate Business Conduct)

Plaintiff's claims fail because Defendant's actions, as alleged in the Complaint, were undertaken in good faith, with the absence of malicious intent, and were the result of lawful conduct carried out in furtherance of Defendant's public mission.

## FOURTH AFFIRMATIVE DEFENSE

### (Laches)

Plaintiff and all members of the putative class are barred from asserting the Complaint and each and every claim for relief against Defendant enumerated therein by the doctrine of laches.

## FIFTH AFFIRMATIVE DEFENSE

### (Waiver)

Plaintiff and all members of the putative class are barred from asserting the Complaint and each and every claim for relief against Defendant enumerated therein by the doctrine of waiver.

## SIXTH AFFIRMATIVE DEFENSE

### (Estoppel)

Plaintiff and all members of the putative class are barred from asserting the Complaint and each and every claim for relief against Defendant enumerated therein by the doctrine of estoppel.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

The Complaint, and each and every claim for relief against Defendant enumerated therein, is barred in whole or in part because Plaintiff (and all members of the putative class) failed to make reasonable efforts to mitigate their purported injury or damage, which reasonable efforts would have prevented the injury or damages, if any.

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## EIGHTH AFFIRMATIVE DEFENSE

### (Adequate Remedies at Law)

Equitable and injunctive relief are unavailable because Plaintiff and the members of the putative class have available adequate remedies at law.

## NINTH AFFIRMATIVE DEFENSE

### (Speculative Damages)

Plaintiff's claims, and those of the putative class, are barred in whole or in part because the alleged damages, if any, are speculative. Alternatively, Plaintiff's recovery, and any recovery to putative class members, should be reduced because the alleged damages, if any, are speculative.

## TENTH AFFIRMATIVE DEFENSE

### (Personal Jurisdiction)

Plaintiff's claims, and those of the putative class members, may not be asserted because this Court lacks personal jurisdiction over Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Venue)

Plaintiff's claims, and those of the putative class members, may not be asserted because this Court is the improper venue for the causes of action.

## TWELFTH AFFIRMATIVE DEFENSE

### (All Obligations Performed)

Defendant has fully and/or substantially performed any and all obligations that it may have had to Plaintiff or any members of the putative class.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Lack of Deception)

Defendant's actions were not deceptive.

## FOURTEENTH AFFIRMATIVE DEFENSE

### (Compliance with the Law)

Defendant's actions were in full compliance with the law.

**ANSWER TO COMPLAINT**                    CASE NO. 2:25-cv-03853-MEMF-BFM

AKERMAN LLP

633 WEST FIFTH STREET, SUITE 6400
LOS ANGELES, CALIFORNIA 90071
TEL.: (213) 688-9500 – FAX: (213) 627-6342

## FIFTEENTH AFFIRMATIVE DEFENSE

### (Additional Affirmative Defenses)

Defendant hereby gives notice that it intends to rely upon such other affirmative defenses as may become available or apparent during the course of discovery and thus reserves the right to amend this Answer to assert such defenses.

## PRAYER

WHEREFORE, Defendant prays for relief as follows:

1.  That the Complaint be dismissed, with prejudice and in its entirety;

2.  That this action proceed between the name parties only, and that no class action be permitted under Federal Rule of Civil Procedure 23;

3.  That Plaintiff(s) take nothing by reason of this Complaint and that judgment be entered against Plaintiff(s) and in favor of Defendant;

4.  That Defendant be awarded its costs incurred in defending this action; and

5.  That Defendant be granted such other and further relief as the Court may deem just and proper.

DATED: January 12, 2026          AKERMAN LLP


By: */s/ Ellen S. Robbins*
    Ellen S. Robbins
    Attorneys for Defendant
    HELZBERG'S DIAMOND SHOPS, LLC,